AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____****_____DISTRICT OF__NEVADA_____

RUSSELL GATES,

              Plaintiff,

v.

JEFF WELLS, et al.,

              Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:13-cv-00228-MMD-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (ECF No. 30) is granted and this action is dismissed with prejudice.


July 27, 2016

**LANCE S. WILSON**
Clerk


/s/ K. Rusin
Deputy Clerk